

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Estate of Billy Wayne Phillips, Deceased

No. 06-23-00017-CV

Appeal from the County Court at Law No. 2 of Hunt County, Texas (Tr. Ct. No. 18697). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef participating. Dissenting Opinion by Justice Rambin.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED FEBRUARY 8, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk